UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| | | Crim. No. 01-768 |
| v. | : | |
| | | <u>CONTINUANCE ORDER</u> |
| JUAN DAVID VASQUEZ-URIBE | : | |

This matter having come before the Court on the application of defendant Juan David Vasquez-Uribe (by John Caruso, Esq.), and with the consent of Christopher J. Christie, United States Attorney for the District of New Jersey (by Eric W. Moran, Assistant U.S. Attorney), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and the defendant having consented to the continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Failure to grant the requested continuance would unreasonably deny counsel for the defendant the reasonable time

necessary for effective preparation, taking into account the exercise of due diligence;

    2. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this _____ day of October, 2008,

IT IS ORDERED that defense motions shall be filed by October 10, 2008, the government's reply shall be filed by October 15, 2008, and the trial is scheduled for October 20, 2008; and

IT IS FURTHER ORDERED that the period from October 15, 2008 through October 21, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
HON. SUSAN D. WIGENTON
United States District Judge

2