UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  Hon. Susan D. Wigenton
                             Crim. No. 01-768
v.                        :
                             CONTINUANCE ORDER
JUAN DAVID VASQUEZ-URIBE   :

This matter having come before the Court on the application of defendant Juan David Vasquez-Uribe (by John Caruso, Esq.), and with the consent of Christopher J. Christie, United States Attorney for the District of New Jersey (by Eric W. Moran, Assistant U.S. Attorney), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and the defendant having consented to the continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Failure to grant the requested continuance would unreasonably deny counsel for the defendant the reasonable time

1

necessary for effective preparation, taking into account the exercise of due diligence;

    2. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this **3RD** day of November, 2008,

IT IS ORDERED that defense motions shall be filed by **November 7, 2008**, the government's reply shall be filed by **November 14, 2008**, and the trial is scheduled for **February 17, 2009**; and

IT IS FURTHER ORDERED that the period from October 22, 2008 through **February 2009** shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. SUSAN D. WIGENTON
United States District Judge

2